*EXHIBIT A*

Clerk of the Superior Court
*** Electronically Filed ***
A. Marquez, Deputy
12/12/2021 8:43:47 PM
Filing ID 13708905

Peter Gorski, State Bar No. 009102
LAW OFFICE OF PETER GORSKI
1820 E. Ray Road, Suite G-7
Chandler, AZ 85225-7878
Telephone:  (480) 730-1777
Facsimile:  (480) 542-2665
E-mail: peter@petergorski.com

*Attorneys for Plaintiff*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Sydnie Marie James, a single woman; | Case No.  **CV2021-095803** |
| Plaintiff, | |
| vs. | **COMPLAINT** |
| Juan Morales d/b/a Second Generation Trucking, LLC, a foreign limited liability company; Louis Morales and Jane Doe Morales, husband and wife; Juan Morales and Jane Doe Morales, husband and wife; John & Jane Does I-X; Black and White Partnerships I-X; and ABC Corporations I-X, | **(Jury Trial Demanded)** **(Tort, Motor Vehicle)** |
| Defendants. | |

For her Complaint against the Defendants, Plaintiff alleges as follows:

### PARTIES, JURISDICTION AND VENUE

1.     Plaintiff, Sydnie Marie James, is a single woman residing in Maricopa County, Arizona.

2.     Defendant Juan Morales d/b/a Second Generation Trucking, LLC, USDOT No. 2296444 (hereafter "Defendant SG Trucking"), is a foreign limited liability company, doing business in Dona Ana County, New Mexico.

3.     Defendants Louis Morales and Jane Doe Morales (hereafter "Louis Morales") are husband and wife residing in Dona Anna County, New Mexico

4.     At all times relevant hereto, the Defendant Louis Morales was acting

1

1   individually and on behalf of the marital community, if any, of Louis Morales and Jane Doe

2   Morales.

3       5.      Defendants Juan Morales and Jane Doe Morales (hereafter "Juan Morales") are

4   husband and wife residing in Dona Anna County, New Mexico

5       6.      At all times relevant hereto, the Defendant Juan Morales was acting

6   individually and on behalf of the marital community, if any, of Juan Morales and Jane Doe

7   Morales.

8       7.      At all times relevant hereto, all named Defendants were conducting business in

9   the State of Arizona.  Plaintiff further alleges that these Defendants had duly authorized

10  agents, servants, and/or employees within Maricopa County, Arizona, and that said agents,

11  servants, and/or employees were acting within the scope of their authority and for the benefit

12  of Defendants at the time of all incidents, acts, and omissions alleged herein.

13      8.      Defendants John & Jane Does I-X; Black and White Partnerships I-X; and ABC

14  Corporations I-X are fictitious Defendants whose true names or capacities, whether

15  individual, corporate, associate or otherwise, are unknown to Plaintiff at this time.  Plaintiff

16  therefore sues the Defendants by such fictitious names and will seek leave of the Court to

17  amend this Complaint when their true names and capacities become known.

18      9.      Defendants have caused events to occur in Maricopa County, Arizona.

19      10.     The amount in controversy exceeds the minimum jurisdictional limits of this

20  Court.

21      11.     Venue is proper in Maricopa County, Arizona, because Plaintiff resides in

22  Maricopa County, and the events that give rise to Plaintiff's causes of action occurred in

23  Maricopa County.

24      12.     Pursuant to Ariz. R. Civ. P. 26.2(b)(2), Plaintiff is pleading this cause of action

25  as a Tier 3 case, based on case characteristics, as described in Rule 26.2(b)(3), as it involves

26  a tractor-trailer collision with two passenger vehicles, as well as various Federal Motor

27  Carrier Safety Regulations and other Federal, State and Local Statutes, Regulations and

28  Industry Standards, will require one or more expert witnesses by each side. Further, the case

is one involving as the amount in damages sought exceeds the minimum amount in Rule 26.2(c)(3)(C).

**FACTUAL BACKGROUND**

13.     Plaintiff Sydnie Marie James was a driver involved in a motor vehicle collision, caused by the negligence of Defendant SG Trucking, Juan Morales and Louis Morales who was operating a semi-tractor trailer, on December 12, 2019 at I-10 from MP 155, in Tempe, Arizona, Maricopa County.

14.     As reflected in Arizona Crash Report No. I19012560, Defendant Louis Morales was inattentive, distracted and driving too fast for conditions on I-10 from MP 155 and negligently collided with Plaintiff's vehicle.

15.     Defendant Juan Morales is an owner, officer, principal and or agent for Defendant Juan Morales d/b/a/ Second Generation Trucking, or other business entities and carries the professional license with the Federal Motor Carrier Safety Administration.  As discovery is undertaken, if Plaintiff discovers there are other motor carriers, shippers, brokers, or other persons or entities involved in the transportation cycle relating to this crash, Plaintiff will identify them and amend the complaint to add additional parties at that time.

16.     Upon information and belief, Defendant Louis  Morales was acting in his role as an authorized agent, servant, and or employee of Defendant SG Trucking.

17.     The force from the collision was so great that the vehicle operated by Defendant Louis Morales sustained damage to the front right and front center of the semi-truck.

**SYDNIE MARIE JAMES'S CLAIMS AGAINST DEFENDANTS
JUAN MORALES D/B/A SECOND GENERATION TRUCKING,
JUAN MORALES AND DEFENDANT LOUIS MORALES**

18.     Plaintiff re-alleges and incorporates by reference as though fully set forth herein all previous allegations contained in this Complaint.

19.     After being involved in the collision caused by Defendant SG Trucking driver, Louis Morales, on December 12, 2019, Sydnie Marie James immediately complained of head, neck and back pain.

20.     A few hours later, Sydnie Marie James presented to Tri City Urgent Care with complaints of head, jaw, neck, back and shoulder pain.  Ms. James was evaluated by the emergency department, and underwent radiology studies.

21.     Her injuries resulting from this vehicle collision include, but are not limited to multiple cervical, thoracic and lumbar spinal levels; bilateral arm pain and weakness and headaches.  Some of these multiple, severe injuries are permanent in nature.

22.     In addition to those damages listed above, Sydnie Marie James has lost income from employment due to having to miss work, as a result of multiple, severe bodily injuries, severe anxiety and emotional distress, having to undergo physical therapy and to attend doctors' appointments.  Ms. James was employed by ADP as a data processor.  She has suffered  loss of income.  She anticipates she will sustain additional loss of future earning capacity, in an amount not currently capable of being quantified.

23.     Sydnie Marie James has made reasonable efforts to mitigate her damages, including the injuries, disability, physical limitations, emotional distress, and pain she has suffered, and reasonably will continue to suffer, as a result of the collision.  All injuries and damages, including medical treatment claimed, as alleged in this cause of action, are related to the December 12, 2019 semi-tractor-trailer trucking crash.

24.     Sydnie Marie James reserves the right to assert a claim for ongoing, future lost income and loss of future earning capacity depending upon future medical diagnoses, long-term prognoses, disability, treatment, and impairment ratings.

25.     All Defendants are liable under the doctrine of *respondeat superior* for all damages sustained by Sydnie Marie James as the result of Defendant Louis Morales's negligence.

26.     All Defendants owed a duty to the public, and to Plaintiff specifically, to properly hire, train, and supervise the agents, servants, and/or employees, including Louis Morales, in the safe operation of their semi-tractor trailer, in order to prevent such reasonably foreseeable crashes as occurred here.

27.     By failing to properly hire, train, and supervise the agents, servants, and/or

4

employees of all named Defendants including Juan Morales d/b/a Second Generation Trucking specifically including Louis Morales, in the safe operation of their semi tractor-trailers, said Defendants breached their respective duties of care to the public and to Plaintiff.

28.     As a direct and proximate result of the acts and omissions of all Defendants including Juan Morales d/b/a Second Generation Trucking, LLC, and Louis Morales, Plaintiff, Sydnie Marie James, was badly and permanently injured, and has suffered, and will continue to suffer damages.

29.     The conduct of Defendants, as described herein, was willful, wanton, grossly negligent and reckless, and shows a complete indifference to and conscious disregard for the safety of Plaintiff and other members of the public.  Based on said willful, wanton, grossly negligent and/or reckless conduct, punitive damages are appropriate to punish Defendants and deter Defendants and others from the same or similar conduct.

WHEREFORE, Plaintiff requests judgment, on her behalf, be entered against the Defendants as follows:

A.     For amounts to be determined as and for just and fair compensation to Plaintiff in an amount sufficient to deter similarly negligent future conduct by these, and similarly situated, trucking entities, as well as for her general damages, for physical, and emotional pain, suffering and anguish, and other general damages, since the date of collision and in the future;

B.     For special damages in amounts to be proven at trial since the date of the collision and in the future;

C.     For punitive damages in an amount to be determined by the jury;

D.     For all costs and reasonable attorneys' fees as permitted by law; and,

E.     For such further relief as the Court deems just and proper.

DATED this 12th day of December, 2021.

*/s/Peter M. Gorski*
Peter M. Gorski, Esq.
*Attorney for Plaintiff*

Clerk of the Superior Court
*** Electronically Filed ***
A. Marquez, Deputy
12/12/2021 8:43:47 PM
Filing ID 13708907

Person/Attorney Filing: Peter M Gorski
Mailing Address: 1820 E. Ray Road Suite G-7
City, State, Zip Code: Chandler, AZ 85225
Phone Number: (480)730-1777
E-Mail Address: debbie@petergorski.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 009102, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

Sydnie Marie James
Plaintiff(s),
v.
Juan Morales d/b/a Second
Generation Trucking, LLC, et al.
Defendant(s).

Case No.  **CV2021-095803**

**CERTIFICATE OF
COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the
Local Rules of Practice for the Maricopa County Superior Court, and I further certify that
this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of
the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Peter M Gorski /s/
      Plaintiff/Attorney for Plaintiff

Clerk of the Superior Court
*** Electronically Filed ***
A. Marquez, Deputy
12/12/2021 8:43:47 PM
Filing ID 13708908

Person/Attorney Filing: Peter M Gorski
Mailing Address: 1820 E. Ray Road Suite G-7
City, State, Zip Code: Chandler, AZ 85225
Phone Number: (480)730-1777
E-Mail Address: debbie@petergorski.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 009102, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Sydnie Marie James
Plaintiff(s),

v.

Juan Morales d/b/a Second
Generation Trucking, LLC, et al.
Defendant(s).

Case No. **CV2021-095803**

**SUMMONS**

To: Juan Morales d/b/a Second Generation Trucking, LLC

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *December 12, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *ARASELI MARQUEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #6351059

2

Clerk of the Superior Court
*** Electronically Filed ***
A. Marquez, Deputy
12/12/2021 8:43:47 PM
Filing ID 13708909

Person/Attorney Filing: Peter M Gorski
Mailing Address: 1820 E. Ray Road Suite G-7
City, State, Zip Code: Chandler, AZ 85225
Phone Number: (480)730-1777
E-Mail Address: debbie@petergorski.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 009102, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Sydnie Marie James<br>Plaintiff(s),<br>v.<br>Juan Morales d/b/a Second<br>Generation Trucking, LLC, et al.<br>Defendant(s). | Case No.  CV2021-095803<br><br>**SUMMONS** |

To: Juan Morales

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
   Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
   approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *December 12, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *ARASELI MARQUEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #6361059

2

Peter Gorski, State Bar No. 009102
LAW OFFICE OF PETER GORSKI
1820 E. Ray Road, Suite G-7
Chandler, AZ 85225-7878
Telephone:  (480) 730-1777
Facsimile:  (480) 542-2665
E-mail: peter@petergorski.com

*Attorneys for Plaintiff*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| SYDNIE MARIE JAMES, a single woman,<br><br>                            Plaintiff,<br><br>vs.<br><br>JUAN MORALES d/b/a SECOND GENERATION TRUCKING, a foreign limited liability company; LOUIS MORALES and JANE DOE MORALES, husband and wife; John & Jane Does I-X; Black and White Partnerships I-X; and ABC Corporations I-X,<br><br>                            Defendants. | Case No. CV2021-095803<br><br>**PLAINTIFFS' COUNSEL'S<br>NOTICE OF CHANGE OF ADDRESS**<br><br>(Honorable Stephen M. Hopkins) |

          NOTICE IS HEREBY GIVEN that, effective immediately, Plaintiffs' Attorney, Peter

M. Gorski, and Law Office of Peter Gorski, PLC, has relocated his private practice to 1820

E Ray Road, #G-7, Chandler, Arizona 85225; Telephone 480-730-1777; Facsimile 480-542-

2665; and Email addresses of peter@petergorski.com; cc: coc-me@petergorski.com remain

the same.

          DATED this 24th day of  March, 2022.


                                                  */s/Peter M. Gorski*
                                                  Peter M. Gorski, Esq.
                                                  1820 E. Ray Road, Suite G-7
                                                  Chandler, Arizona  85225

1

2

(480) 730-1777
peter@petergorski.com
*Attorney for Plaintiffs*

3

4

E-filed this 24th day of March 2022 and
Copies e-mailed/e-served upon:

5

6

Jeff Fine, Clerk of Court
**MARICOPA COUNTY SUPERIOR COURT**
Southeast Judicial District

7

222 E. Javelina

8

Mesa, Arizona  85210

9

10

Honorable Stephen M. Hopkins
MARICOPA COUNTY SUPERIOR COURT
222 E. Javelina Street

11

Mesa, Arizona  85210

12

13

By:  */s/Debbie Campitelli*_____

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5

Peter Gorski, State Bar No. 009102
LAW OFFICE OF PETER GORSKI
1820 E. Ray Road, Suite G-7
Chandler, AZ 85225-7878
Telephone:  (480) 730-1777
Facsimile:  (480) 730-1234
E-mail: peter@petergorski.com

6

*Attorneys for Plaintiff*

7

8

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

9

**IN AND FOR THE COUNTY OF MARICOPA**

10

11

12

13

14

15

16

17

18

| | |
|---|---|
| SYDNIE MARIE JAMES, a single woman, | Case No. CV2021-095803 |
| Plaintiff, | |
| vs. | **AFFIDAVIT OF COMPLETION OF SERVICE UPON OUT OF STATE DEFENDANTS BY USPS SIGNATURE RECEIVED AND PERSONAL PROCESS SERVICE** |
| JUAN MORALES d/b/a SECOND GENERATION TRUCKING, a foreign limited liability company; LOUIS MORALES and JANE DOE MORALES, husband and wife; John & Jane Does I-X; Black and White Partnerships I-X; and ABC Corporations I-X, | |
| | (Honorable Stephen M. Hopkins) |
| Defendants. | |

19

20

Peter M. Gorski, being duly sworn, upon oath, deposes and says under penalty of perjury as follows:

21

22

23

24

1.   I am the attorney for the plaintiff in this action and submit this Affidavit to demonstrate the circumstances warranting the utilization of the alternative method for service of process authorized by Rule 4.2(c), Ariz.R.Civ.P., and to establish the completion of such service.

25

26

27

28

2.   Defendants Juan Morales d/b/a Second Generation Trucking, Jane Doe Morales, Second Generation Trucking, LLC, and Louis Morales and Jane Doe Morales, are individuals and a foreign limited liability company who do not reside within the State of Arizona but have caused events to occur within this state which gives rise to plaintiff's claims herein.

1

Defendants' current addresses are:  1) Second Generation Trucking, LLC, 1728 Calle Feliz, Las Cruces, NM  88001; 2) Juan and Jane Doe Morales, 1728 Calle Feliz, Las Cruces, NM 88001; 3) Michael P. Clemens, #1 ABOC-3 Filing, Inc., 4101 Indian School Road NE, Suite 300S, Albuquerque, NM 87110; and, 4) Legal Corporate Services, Inc., 150 Central Park Square, Suite 2, Los Alamos, NM 87544; 5) Louis and Jane Doe Morales, 1321 Luna Street, Las Cruces, NM 88001.

3.    On March 4, 2022, I caused a Summons, Certificate of Compulsory Arbitration and a true copy of the Complaint in this action to be dispatched, properly addressed to the defendants noted at the above-addresses, by a form of mail requiring the return of a signed receipt therefore, all applicable postage prepaid.

4.    On March 8, 2022, I received the USPS signature receipts which had been signed by the defendants, indicating receipt of the Summons and a copy of the Complaint, on March 7, 2022. The original and genuine receipts are attached to this Affidavit (see Exhibit A), for all defendants except Louis and Jane Doe Morales whose USPS signature request was refused (see Exhibit B).

5.  On March 8, 2022, I caused a Summons, Certificate of Compulsory Arbitration and a true copy of the Complaint in this action to be served upon Louis and Jane Doe Morales by personal process service in Dona Ana County, New Mexico.

6.  On March 10, 2022 I received an Affidavit of Service from Dona Ana Process Servers acknowledging completion of service upon Louis and Jane Doe Morales (see Exhibit C).

DATED this 11th day of March, 2022.

LAW OFFICES OF PETER GORSKI, PLC


*/s/Peter M. Gorski*
Peter M. Gorski, Esq.
*Attorney for Plaintiffs*

/ / /

/ / /

2

1  E-filed this 11th day of March 2022,
2  and copies e-mailed to:

3  Maricopa County Clerk of the Superior Court
   222 E. Javelina Street
4  Mesa, Arizona  85210

5
   Honorable Stephen M. Hopkins
6  Maricopa County Superior Court
   222 E. Javelina Street
7  Mesa, Arizona  85210

8
   Phillip H Stanfield, Esq.
9  pstanfield@jshfirm.com
   David L. Stout, Jr., Esq.
10 dstout@jshfirm.com
   Samantha E. Cote, Esq.
11 scote@jshfirm.com
12 JONES, SKELTON & HOCHULI, PLC
   40 North Central Avenue, Suite 2700
13 Phoenix, Arizona 85004
14 *Attorneys for Defendants*

15 */s/ Debbie Campitelli*

16

17

18

19

20

21

22

23

24

25

26

27

28

3


**UNITED STATES**
**POSTAL SERVICE**

March 8, 2022

Dear Deborah Campitelli:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9410 8036 9930 0147 1018 60**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | March 7, 2022, 3:15 pm |
| **Location:** | LAS CRUCES, NM 88001 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $50 insurance included |
| **Recipient Name:** | TO NAME |
| **Actual Recipient Name:** | J MORALES |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
| --- | --- |
| **Weight:** | 1lb, 1.0oz |

| Recipient Signature | |
| --- | --- |

Signature of Recipient:

1728 CALLE FELIZ LAS
CRUCES, NM 88001

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004


**UNITED STATES**
**POSTAL SERVICE**

March 8, 2022

Dear Deborah Campitelli:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9410 8036 9930 0147 1018 46**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | March 7, 2022, 3:15 pm |
| **Location:** | LAS CRUCES, NM 88001 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $50 insurance included |
| **Recipient Name:** | JANE DOE MORALES |
| **Actual Recipient Name:** | J MORALES |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
| --- | --- |
| **Weight:** | 1lb, 1.0oz |

| Recipient Signature |
| --- |

Signature of Recipient:

Address of Recipient:
1728 CALLE FELIZ LAS
CRUCES, NM 88001

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004


**UNITED STATES**
**POSTAL SERVICE**

March 8, 2022

Dear Deborah Campitelli:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9410 8036 9930 0147 1018 39**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | March 7, 2022, 3:15 pm |
| **Location:** | LAS CRUCES, NM 88001 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $50 insurance included |
| **Recipient Name:** | JUAN MORALES |
| **Actual Recipient Name:** | J MORALES |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
| --- | --- |
| **Weight:** | 1lb, 1.0oz |

| Recipient Signature |
| --- |

Signature of Recipient:

Address of Recipient:
1728 CALLE FELIZ LAS
CRUCES, NM 88001

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004


**UNITED STATES**
**POSTAL SERVICE**

March 8, 2022

Dear Deborah Campitelli:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9410 8036 9930 0147 1006 27**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | March 7, 2022, 7:52 am |
| **Location:** | ALBUQUERQUE, NM 87190 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $50 insurance included |
| **Recipient Name:** | MICHAEL P CLEMENS |
| **Actual Recipient Name:** | K SANCHEZ |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
| --- | --- |
| **Weight:** | 1lb, 1.0oz |

| Recipient Signature |
| --- |

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004


**UNITED STATES**
**POSTAL SERVICE**

March 7, 2022

Dear Debbie Campitelli:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9410 8036 9930 0147 1006 10**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | March 7, 2022, 10:53 am |
| **Location:** | LOS ALAMOS, NM 87544 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $50 insurance included |
| **Recipient Name:** | TO NAME |
| **Actual Recipient Name:** | C MCCORMICK |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
| --- | --- |
| **Weight:** | 1lb, 1.0oz |

| Recipient Signature | |
| --- | --- |

Signature of Recipient: Christina McCormick

Address of Recipient: 150 CENTRAL PARK SQ LOS ALAMOS, NM 87544

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# USPS Tracking®

**FAQs** ›

## Track Another Package  +

**Tracking Number:** 9410803699300147101877

Remove ✕

Your item was returned to the sender on March 11, 2022 at 12:47 pm in LAS CRUCES, NM 88001 because the addressee was not known at the delivery address noted on the package.

**USPS Tracking Plus® Available** ⌄

## Addressee Unknown

March 11, 2022 at 12:47 pm
LAS CRUCES, NM 88001

**Get Updates** ⌄

---

**Text & Email Updates**                                                        ⌄

**Proof of Delivery**                                                            ⌃

✓ Confirmation

You requested this information prior to the delivery of your item. When your Proof of Delivery record is complete, it will be provided.

Your confirmation will be sent to the following:

debbie@petergorski.com

---

**Tracking History**                                                            ⌃

March 11, 2022, 12:47 pm

Addressee Unknown
LAS CRUCES, NM 88001
Your item was returned to the sender on March 11, 2022 at 12:47 pm in LAS CRUCES, NM 88001
because the addressee was not known at the delivery address noted on the package.

---

March 10, 2022, 3:16 pm
Addressee Unknown
LAS CRUCES, NM 88001

---

March 8, 2022
Redelivery Scheduled
LAS CRUCES, NM 88001

---

March 7, 2022, 1:15 pm
Notice Left (No Authorized Recipient Available)
LAS CRUCES, NM 88001

---

March 7, 2022, 6:10 am
Out for Delivery
LAS CRUCES, NM 88001

---

March 7, 2022, 4:45 am
Arrived at Post Office
LAS CRUCES, NM 88001

---

March 7, 2022, 3:10 am
Arrived at USPS Facility
LAS CRUCES, NM 88001

---

March 7, 2022, 1:01 am
Departed USPS Regional Facility
EL PASO TX DISTRIBUTION CENTER

---

March 6, 2022, 10:59 pm
Arrived at USPS Regional Destination Facility
EL PASO TX DISTRIBUTION CENTER

---

March 6, 2022

In Transit to Next Facility

---

March 4, 2022, 9:48 pm
Departed USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

---

March 4, 2022, 9:46 pm
Arrived at USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

---

March 4, 2022, 8:31 pm
Accepted at USPS Origin Facility
MESA, AZ 85207

---

March 4, 2022
Pre-Shipment Info Sent to USPS, USPS Awaiting Item

---

## USPS Tracking Plus® 

Your item is eligible for USPS Tracking Plus. This feature allows you to buy extended access to your tracking history and receive a statement via email upon request. Without this feature, your regular tracking history is only available on this site until March 5, 2023. To extend your access to this tracking history, select the length of time you would like and confirm your selection. You can only purchase extended history once, so all orders are final and are not eligible for a refund.

**Note:** For multiple tracking numbers, you can save and continue adding USPS Tracking Plus selections to your cart until you are ready to complete your purchase.

> 3 Years
> **$3.75**

> 5 Years
> **$4.75**

> 7 Years
> **$5.75**

10 Years
**$6.75**

☐ I have read, understand, and agree to the **Terms and Conditions.**
**(https://www.usps.com/terms-conditions/tracking-plus.htm)**

**Confirm Selection**

**Product Information** ⌄

**See Less ⌃**

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

STATE OF ARIZONA

COUNTY OF MARICOPA                              Case NO.  CV2021-095803

SUPERIOR COURT                                 Judge:


Sydnie Marie James

Plaintiff,

v.

Juan Morales d/b/a Second

Generation Trucking, LLC, et al.

Defendants

## AFFIDAVIT OF SERVICE

I, the undersigned, of lawful age, being first duly sworn, on oath say that I am over the age of 18 and not a party to this lawsuit.  I also state I personally served:

1.  WHAT I served:  Summons, Complaint and Certificate of Compulsory Arbitration
2.  WHO I served:  Maria Morales, Louis Morales' stated wife.  She identified Louis Morales as her husband and stated that he is a truck driver and would not be home until the next evening.  I informed her that I had some legal documents for him and asked if she would take them.  She said that she would rather have me give the documents to him.  I told her that since she has been identified as Louis' wife and Louis lives at this address that this will be considered a legal service and left the documents on the ground inside her back gate as Maria and her daughter watched.
3.  WHERE I served: 1321 Luna St., Las Cruces, NM 88001 Doña Ana County
4.  WHEN I served:  March 9th,2022 and 7 PM
5.  HOW I served: In person, to wife, drop serve and mailing

_____

Eric W. Yaryan, Owner-Doña Ana Servers

575-640-4960

_____ _Eric W Yaryan_ _____ Subscrived and
sworn to before me by affiant on _March 10_ , 20 _22_

_Sophia Romero_

Notary Public

My Commission expires: _08-05-2024_

SOPHIA ROMERO
NOTARY PUBLIC
STATE OF NEW MEXICO
COMMISSION # 1080786
COMMISSION EXPIRES: 08-05-2024